# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTONIO JONES** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **WAYNE J. GAVIN, and THE ATTORNEY GENERAL OF THE UNITED STATES** | :<br>:<br>: | **NO. 14-804** |

## ORDER

**NOW**, this 20th day of August, 2019, upon consideration of the Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus By a Person in State Custody (Document No. 1), the response, and after oral argument, it is **ORDERED** that the petition is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. The petitioner's convictions in *Commonwealth v. Antonio Jones*, CP-51-CR-0403711-1999 are **VACATED**;

2. The Commonwealth of Pennsylvania may retry petitioner within 180 days of the date of this Order; and

2. The time limit within which the Commonwealth may retry the petitioner may be extended by agreement of the parties or upon a showing of reasonable cause.

/s/ TIMOTHY J. SAVAGE J.